# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAG AMERICA, LLC,<br>  Plaintiff,<br><br>           v.<br><br>LI BO, et al.,<br>  Defendants. | CV 21-8741 DSF (Ex)<br><br>Order to Show Cause re Dismissal Without Prejudice for Lack of Prosecution |

    Plaintiff filed its complaint on November 5, 2021 and its first amended complaint on April 8, 2022. All four defendants named in the amended complaint appear to be foreign nationals located in China. Plaintiff apparently did not serve any defendant until it purported to serve all four on July 21, 2022. However, this service was by e-mail and likely not valid under Federal Rule of Civil Procedure 4(f). The Court issued an order to show cause re lack of prosecution on October 20, 2022, due to Plaintiff's failure to seek default. In response, Plaintiff only re-filed the same proofs of service it had previously filed. The Court then sent another order to show cause on November 29, 2022, again due to Plaintiff's failure to seek default. Plaintiff then sought default on December 13, 2022. That request was denied by the Clerk the next day because electronic service of process is generally not allowed under the Federal Rules.

    The Court will allow one last opportunity for Plaintiff to show cause, in writing, why this case should not be dismissed for lack of prosecution. Persuasive argument in support of the adequacy of service already made is likely to be the only adequate response to this order. The Court is highly unlikely to provide further time to serve given the

amount of time that has passed since the filing of the complaint and the apparent lack of diligence by Plaintiff.  The response to this order to show cause is to be filed no later than January 18, 2023.

  IT IS SO ORDERED.

Date: January 5, 2023

                                          Dale S. Fischer
                                          United States District Judge